IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GEORGE R. SIMON,
    Petitioner,

vs.                              Case No.: 3:05cv396/RV/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 17, 2007.  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

      Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.  The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

      **DONE AND ORDERED** this 20th day of November,  2007.


                            /s/ _Roger Vinson_
                            **ROGER VINSON**
                            **SENIOR UNITED STATES DISTRICT JUDGE**